UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KLIFFORD ANTENOR MONTALVAN REYES,

Petitioner,

v.

WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, *et al.*,

Respondents.

Case No.  1:26-cv-0441-DC-JDP

ORDER

Petitioner, an immigration detainee, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, seeking immediate release on the basis that his re-detention without a hearing violates the Fifth Amendment.  ECF No. 1.  I appointed petitioner counsel, ECF No. 3, and petitioner filed an amended petition on February 3, 2026, ECF No. 6.  After the matter was fully briefed, petitioner filed a motion for a temporary restraining order, ECF No. 10.  The court ordered respondents to file a response to the petition by February 13, 2026.  ECF No. 11.

Since the petition was ripe for adjudication, on February 13, 2026, I recommended that the first amended petition be granted and that petitioner be released.  ECF No. 13.  I found that petitioner's re-detention—which respondents asserted was mandatory under 8 U.S.C. § 1225(b)(2)—violated his Fifth Amendment rights.  *See id*. at 3-7; ECF No. 9.  The day before my recommendations issued, however, respondents introduced a new argument in their opposition to petitioner's recently filed motion for a temporary restraining order, namely, that

1

petitioner's detention was mandatory under 8 U.S.C. § 1226(c).  *See* ECF No. 12.

On March 18, 2026, the court denied petitioner's motion for a temporary restraining order because the first amended petition challenged only the basis for his initial re-detention, which the court found was mandatory under section 1226(c) since petitioner had been arrested and charged with larceny.  ECF No. 17. at 6-7.  However, because petitioner's larceny charge has been dismissed since he was re-detained, the court granted petitioner leave to file an amended petition challenging his continued detention.  *Id*. at 7-8.  Accordingly, in light of the government's new argument and the court's March 18, 2026 order, I withdraw my February 13, 2026 findings and recommendations, ECF No. 13.

Accordingly, it is hereby ORDERED that the findings and recommendations at ECF No. 13 are VACATED and WITHDRAWN.

IT IS SO ORDERED.

Dated:    March 19, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE