TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Petitioner
KLIFFORD ANTENOR MONTALVAN REYES


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| KLIFFORD ANTENOR MONTALVAN REYES,<br><br>    Petitioner,<br><br>        vs.<br><br>WARDEN OF GOLDEN STATE ANNEX DETENTION FACILITY, et alia,<br><br>    Respondents. | Case No. 1:26-CV-00441-DC-JDP (P)<br><br>**STIPULATION AND ORDER RE BRIEFING**<br><br>Judge:   Hon. Jeremy D. Peterson |

    Counsel for the parties have reached the following agreement regarding additional briefing, in response to the minute order of April 17 requesting separate status reports.  ECF 27. In lieu of filing another motion for temporary restraining order, counsel for Petitioner will file a motion to enforce or for release pending future proceedings on or before April 21, 2026. Respondents will respond by April 24, 2026, and a reply brief will be filed no later than Tuesday, April 28.

/ / / / /

/ / / / /

-1-

The parties hope this schedule will expedite resolution of the issues presented.

Respectfully Submitted,

Dated:  April 20, 2026

*/s/ Tim Zindel*
TIMOTHY ZINDEL
Attorney for Klifford A. Montalvan Reyes

ERIC GRANT
United States Attorney

Dated:  April 20, 2026

*/s/ T. Zindel for J. Williams*
JONATHAN WILLIAMS
Special Assistant U.S. Attorney

**O R D E R**

The above briefing schedule is adopted.

IT IS SO ORDERED.

Dated:    April 21, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE